ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 31 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN WARD BLAIR, § | |
| § | |
| Petitioner, § | |
| § | |
| vs. § | Civil Action No. 3:04-CV-0509-L |
| § | |
| DOUGLAS DRETKE, Director § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Divisions, § | |
| § | |
| Respondent. § | |

## ORDER

Petitioner John Ward Blair ("Petitioner") has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings, conclusions and recommendation. On March 6, 2006, the Findings, Conclusions and Recommendation of the United States magistrate judge were filed, to which no objections were filed.

The magistrate judge found that Petitioner's § 2254 petition should be denied for failure to make a substantial showing of the denial of a federal right. Having carefully considered the magistrate judge's findings and conclusions, the record and the applicable law, the court determines that magistrate judge's findings are correct, and accordingly **accepts** them as those of the court.

**Order – Page 1**

Accordingly, Petitioner's § 2254 petition is **denied** and this action is **dismissed with prejudice**.

Final judgment will issue by separate document.

It is so ordered this 31st day of March, 2006.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Page 2